# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# GREENVILLE DIVISION

| | |
|---|---|
| **DAVID JAMES,** ) | Case No. 6:20-cv-00778-TMC-KFM |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | |
| **VAD d/b/a VEHICLE ACTIVATION** ) | |
| **DEPARTMENT, SUNPATH LIMITED,** ) | |
| **CORPORATION, AND NORTHCOAST** ) | |
| **WARRANTY SERVICES, INC.** ) | |
| ) | |
| **Defendants.** ) | |

## NOTICE OF PENDING SETTLEMENT

Please take notice that on May 22, 2020, all parties to this action reached a settlement in principle of Plaintiff's claims. Defendants have circulated a draft agreement to Plaintiff and expect to finalize and execute the terms of such settlement promptly. Although Defendants' responsive pleading is due today, they respectfully submit this Notice of their intention to preserve all available defenses to this matter pending the parties' execution of a mutually acceptable settlement agreement in the coming days.

Dated: May 26, 2020                By:   /s/ *Chad V. Echols*
                                                        Chad V. Echols, Esq. (Fed ID 9810)
                                                        The Echols Firm, LLC
                                                        P.O. Box 12645
                                                        Rock Hill, South Carolina 29731
                                                        Phone:  803-329-8971
                                                        chad.echols@theecholsfirm.com
                                                        *Attorneys for Defendants*
                                                        *VAD d/b/a Vehicle Activation Department, SunPath Limited Corporation, and Northcoast Warranty Services, Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# GREENVILLE DIVISION

| | | |
|---|---|---|
| **DAVID JAMES,** | ) | Case No. 6:20-cv-00778-TMC-KFM |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **VAD d/b/a VEHICLE ACTIVATION DEPARTMENT, SUNPATH LIMITED, CORPORATION, AND NORTHCOAST WARRANTY SERVICES, INC.** | ) ) ) ) | |
| | ) | |
| **Defendants.** | ) | |

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing **Notice of Pending Settlement** was served upon Plaintiff on the 26th day of May, 2020 via the USDC SC Electronic Filing System and U.S. Mail to:

David James
200 Pocahatchie Trail
Greenville, SC 29611
*Pro se Plaintiff*

s/ Chad V. Echols
The Echols Firm, LLC